UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
  **Keith Wade Bass** ) **Case No. 11-46218**
  **Amber Denise Bass** ) Chapter 13
  Debtor(s) ) **Confirmation:**
) **Courtroom: 7 South**

## FIRST AMENDED CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

   **$ 874.00** per month for 60 months.

   $_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

   A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20____.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) Debtor shall send any tax refund received during the plan to the Trustee; however, debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain from such refunds the lesser of the sum of two monthly plan payments or $600 from such tax refunds, each year, for necessities. (2) Fifty percent of any employee bonus or other distribution paid or payable to the debtor during the term of the plan. (3) Additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

A minimum of **26,059.20** will be paid to non-priority unsecured creditors. (Dollar amount or 100%)

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below:**

**1. <u>Trustee and Court Fees.</u>** Pay Trustee a percent of all disbursements as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

2. **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:
   CREDITOR NAME              TOTAL AMOUNT DUE         CURE PERIOD

3. Pay sub-paragraphs concurrently:

   (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME              MONTHLY PAYMENT          BY DEBTOR/TRUSTEE

   (B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME              MONTHLY PAYMENT          EST MONTHS REMAINING

   (C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence )** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph ___ below.
   CREDITOR NAME                            MONTHLY PAYMENT

   (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:
   CREDITOR NAME              MONTHLY PAYMENT          BY DEBTOR/TRUSTEE
   **Bank of America**        **920.**                 **By Debtor**

   (E) **DSO Claims in equal installments.** Pay the following pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:
   CREDITOR NAME              TOTAL AMOUNT DUE         INTEREST RATE

4. **Attorney Fees**. Pay Debtor's attorney **$1000.00** in equal monthly payments over **12** months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See procedures manual for limitations on use of this paragraph]

5. Pay sub-paragraphs concurrently:

   (A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay arrearage on debt secured by liens on real property in equal monthly installments over the period and with the interest rate identified below, estimated as follows:

   CREDITOR NAME       TOTAL AMOUNT DUE      CURE PERIOD       INTEREST RATE
   **Bank of America**     **2,800.**        **48 months**     **0.00%**

(B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with **5.93%** interest.

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| **Car Credit City** | **8,000.** | **60 months** | **9,264.00** |

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with **5.93%** interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9 (A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|

(D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.

| CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|

6. Pay **$2,200.00** of debtor's attorney's fees and any additional attorney fees allowed by the Court.

7. Pay sub-paragraphs concurrently:

   (A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

   | CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
   |---|---|---|---|

   (B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to §507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

   | CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE |
   |---|---|---|

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:

   | CREDITOR NAME | TOTAL AMOUNT DUE |
   |---|---|
   | **IRS** | **$$3,461** |
   | **MO Dept. of Revenue** | **$41.00** |

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed**: $66,905.21.** Estimated amount available **$26,059.20.** Estimated repayment in Chapter 7:**$ 0.00**. Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: **$ 26,059.20.**

(B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:
CREDITOR        COLLATERAL

(C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance to be paid as non-priority unsecured debt.:
CREDITOR        CONTRACT/LEASE

10. Other:

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

14. Any post-petition claims filed and allowed under 11 U.S.C. Section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.

| | |
|---|---|
| DATE: June 26, 2011 | DEBTOR:/s/ **Keith Wade Bass** |
| June 26, 2011 | DEBTOR:/s/ **Amber Denise Bass** |

Respectfully Submitted,
GOLDBERG LAW FIRM, LLC

*/S/ Nathan H Goldberg*
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois
St. Louis, MO 63116
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was mailed, first-class postage prepaid, and/or by the court's ECF system this 26th Day of March, 2011 to:

Missouri Department of Revenue
301 West High St., Rm 330
Jefferson City, MO 65101

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St Louis, MO 63143
Overland Park, KS 66211

Ace Cash Express
Corporate Office
1231 Greenway Drive, Suite 600
Irving, TX 75038

Alexandria Vaneck Co., LPA
5660 Southwyck Blvd., #110
Toledo, OH 43614-1597

Alliance One
PO Box 2449
Geg Harbor, WA 98335

Arrow Financial
c/o Miller & Steeno, PC
11970 Borman Dr,m, Ste, 250
St. Louis, MO 63146

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714


Bank of America
450 American St.
Simi Valley, CA 93065


Brachfeld Law Group, PC
PO Box 421088
Houston, TX 77242-1088


Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210


Capital One
PO Box 30281
Salt Lake City, UT 84130


Capital One
PO Box 30281
Salt Lake City, UT 84130


Car Credit City
12750 St. Charles Rock Rd.
Bridgeton, MO 63044


Cash Depot
500 N. main Street
DeSoto, MO 63020


Centralized Insolvency Operation
PO Box 22126
Philadelphia, PA 19114


Chase Card Services
PO Box 15298
Wilmington, DE 19850


Check Data
PO Box 908
Cape Girardeau, MO 63702

Check Into Cash
Customer Service Department
PO Box 550
Cleveland, TN 37364-0550


Community Quick Cash
2116 Rock Road
DeSoto, MO 63020


Consumer Collections
PO Box 908
Cape Girardeau, MO 63702


Consumer Collections
PO Box 908
Cape Girardeau, MO 63702


Consumer Collections
PO Box 908
Cape Girardeau, MO 63702


Consumer Collections
PO Box 908
Cape Girardeau, MO 63702


Credit Management
Charter Communications
4200 International Pkwy
Carrollton, TX 75007
C


Credit Protection Asso.
13355 Noel Rd., Ste 2100
Dallas, TX 75240


Credit Protection Asso.
13355 Noel Road, Ste 2100
Dallas, TX 75240


Enhanced Recovery Compnay, LLC
10550 Deerwood Park Blvd., Ste 6
Jacksonville FL 32256-2811


First Bank of Delware
1000 Rock Run Parkway
Wilmington, DE 19801


Firstsource
7650 Magna Drive
Bellville, IL 62223

GEMB/ Lowes
PO Box 981400
C811
El Paso, TX 79998-1400


Household Credit Services
PO Box 98706
Las Vegas, NV 89193-8706


HSBC Bank
Stream, IL 60197


IRS Insolvency
PO Box 66778 Stop 5344
St. Louis, MO 63166


Jefferson Regional Medical Center
PO Box 167
Crystal City, MO 63019


Lighthouse Recovery Associates, LLC
11551 E. Arapahoe Street, Suite 150
Centennial, CO 80112


Lowe's
PO Box 530914
Atlanta, GA 30353-0914


LVNV Funding LLC
PO Box 10584
Greenville, SC 29603


LVNV Funding LLC
PO Box 10584
Greenville, SC 29603


Main Street Acquisition Corp.
2677 Paradise Road, unit 30
Las Vegas, NV 89109


Main Street Acquisition Corp.
PO Box 2529
Suwanee, GA 30024


MO Dept. of Revenue
PO BOX 329
Jefferson City, MO 65107


National Rent to Own

1263 N. Truman Blvd.
Festus, MO 63028


NCO Financial Systems
507 Prudential Rd.
Horsham, PA 19044


Regent Asset Management Solutions
7290 Samuel Dr., Suite 200
Denver, CO 80221


Resurgent Capital Services
15 S. Main Street, Suite 600
Greenville, SC 29601


Resurgent Capital Services
15 S. Main Street, Suite 600
Greenville, SC 29601


RJM Acquisition
575 Underhill Blvd, Ste 2
Syosset, NY 11791


Rowden Family Medicine
400 B W Leuking
Desoto, MO 63020


Rowden Family Medicine
400 B W Leuking
Desoto, MO 63020


Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161


Schaffer & Associates
101 S. 5th Street
Columbia, MO 65201


Second Round, LP
PO Box 41955
Austin, TX 78704-1955


Security Check
PO Box 1211
Oxford, MS 38655


Shaffer & Associates
101 s 5th Street, Ste 100
Columbia, MO 65201

Speedy Cash
Collection Department
3611 N. Ridge Road
Wichita, KS 67205


Synergetic Communication, Inc.
1301 E 3rd Ave., Suite 200
Post Falls, ID 83854-7545


The Bourassa Law Group, LLC
PO Box 28039
Las Vegas, NV 89126


UCB Collections
5620 Southwyck Blvd
Toledo, OH 43614


UCB Collections
5620 Southwyck Blvd
Toledo, OH 43614


Underwood Law Firm, LLC
515 Olive Street, Ste 800
St. Louis, MO 63101


United Collection
5620 Southwyck Blvd
Toledo, OH 43614


United Collection
5620 Southwyck Blvd
Toledo, OH 43614


United Collection
5620 Southwyck Blvd
Toledo, OH 43614


United Collection
5620 Southwyck Blvd
Toledo, OH 43614


Wells Fargo Auto
PO Box 29704
Phoenix, AZ 85038


Weltman, Weinberg & Reis Co., LPA
323 W. Lakeside Ave., Ste. 200
Cleveland, OH 44113

World Finance
Attention: Direct Disputes
PO Box 6429
Greenville, SC 29606


Zenith Acquisition
170 Northpointe Parkway, suite 300
Amherst, NY 14228


Zenith Acquistion Corp.
220 John Glenn Drive, #1
Buffalo, NY 14228



Respectfully Submitted,
GOLDBERG LAW FIRM, LLC

*/S/ Nathan H Goldberg*
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois
St. Louis, MO 63116
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com