```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 11-46218-399   Chapter 13
    KEITH WADE BASS                 )
                                    ) Trustee's Objection to Confirmation
    AMBER DENISE BASS               )
                                    ) Original confirmation hearing
                         Debtor(s)  ) set for Aug 24, 2011 10:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Proposed plan payment does not constitute debtor's best effort to repay creditors. 11 U.S.C. Secs. 1325(a)(3) & (b)(1)(B)
2. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   SCHEDULE I OVERSTATES UNION DUES PER PAY ADVICES AND TESTIMONY.
3. A.RE #1 B22C OVERSTATES UNION DUES PAID. PLAN MUST GUARANTEE $53,469.
   B.5B INCLUDES AUTO PURCHASED OVER 910 DAYS BEFORE FILING.

   **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                         /s/ John V. LaBarge, Jr.
KLW-351                                  --------------------------------
                                         John V LaBarge Jr
Copy served on the following either      Chapter 13 Trustee
through the Court's ECF system or by     P.O. Box 430908
ordinary mail on July 15, 2011      :    St. Louis, MO 63143   (314) 781-8100
                                         trust33@ch13stl.com   Fax:(314) 781-8881

GOLDBERG LAW FIRM LLC
6901 GRAVOIS AVE
ST LOUIS MO  63116


KEITH WADE & AMBER DENISE BASS
1812 DEER CREEK DR
DE SOTO MO  63020